THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v FRANK J. WOLFE, Defendant. [39 NYS3d 804]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Suffolk County, rendered February 11, 2015.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Dillon, J.P., Hinds-Radix, Maltese and Barros, JJ., concur.